UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN D. LASLAU,

    Plaintiff,

v.                                          Case No. 12-10082

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                                                                                     /

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
REFERING CASE BACK TO MAGISTRATE JUDGE**

On January 9, 2012, Plaintiff John Laslau initiated the above-captioned matter. On the same day, Plaintiff filed an application to proceed *in forma pauperis* and an application for the appointment of counsel. The court referred the case to a magistrate judge for determination of all non-dispostive motions and issuance of a report and recommendation ("R&R"). (1/9/2012 Order, Dkt. # 4.) Magistrate Judge Mark Randon filed an R&R on February 8, 2012, in which he recommends that Plaintiff's application to proceed *in forma pauperis* and for the appointment of counsel be denied. (R&R, Feb. 8, 2012, Dkt. # 6.) No objections have been filed pursuant to 28 U.S.C. 636(b)(1)(C).[1] Having reviewed the file and the report, the court concludes that the findings and conclusions of the Magistrate Judge are correct. Accordingly,

IT IS ORDERED that the Magistrate Judge's R&R [Dkt. # 6] is ADOPTED IN FULL AND INCORPORATED BY REFERENCE.

---

[1]Plaintiff, however, paid the $350 filing fee on February 14, 2012, effectively rendering moot his *in forma pauperis* application.

IT IS FURTHER ORDERED that this matter, in accordance with Local Rule 72.1(b)(3), is REFERRED back to Magistrate Judge Mark Randon for determination of all non-dispositive motions and the issuance of a R&R.

    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  March 29, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 29, 2012, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\12-10082.LASLAU.Adopt.R&R.IFP.Refer.jrc.wpd