UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN D. LASLAU,

      Plaintiff,                              CIVIL ACTION NO.12-10082

      v.                                      DISTRICT JUDGE ROBERT H. CLELAND

COMMISSIONER OF                   MAGISTRATE JUDGE MARK A. RANDON
SOCIAL SECURITY,

      Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION (DKT. NO. 24) AND DENYING PLAINTIFF'S MOTION (DKT. NO. 25)

On October 29, 2012, Defendant filed an Ex-Parte Motion for an Extension of Time to File Response and Motion for Summary Judgment. (Dkt. No. 24). On November 2, 2012, Plaintiff filed a "Repply[sic] and Motion to Reverse Hon Judge Michael R. McGuire's Wrong Decission[sic]". (Dkt. No. 25). Plaintiff says, "the Defendant failed to file its answer the Second time, missing both - the September 29 & the October 29 deadlines!!!" Plaintiff further says, "[t]he testimony of the Vocational expert Hon. Judge MICHAEL R. McGUIRE . . . was wrong and caused the Hon Judge McGUIRE decission[sic] to be wrong also. There is no need for additional delays!!!"

The Court **GRANTS** Defendant's motion, and **DENIES** Plaintiff's motion. Defendant has until **November 29, 2012** to file a response to Plaintiff's motion. Plaintiff then has until **December 7, 2012** to file a reply. The Court will not allow Defendant any further extensions.

**IT IS ORDERED**.

s/Mark A. Randon
MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE

Dated:  November 14, 2012

### *Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 14, 2012, by electronic and/or first class U.S. mail.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
  (313) 234-5542