UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN D. LASLAU,

        Plaintiff,                        CIVIL ACTION NO.12-10082

     v.                                  DISTRICT JUDGE ROBERT H. CLELAND

COMMISSIONER OF                MAGISTRATE JUDGE MARK A. RANDON
SOCIAL SECURITY,

        Defendant.
_____/

## ORDER DENYING AS MOOT PLAINTIFF'S MOTION (DKT. NO. 23)

On September 27, 2012, Defendant filed an Ex-Parte Motion for an Extension of Time to File Response and Motion for Summary Judgment. (Dkt. No. 21). This matter is before the Court on Plaintiff's "Repply[sic] and Motion to Reverse Hon Judge Michael R. McGuire's Wrong Decission[sic]". (Dkt. No. 23). Plaintiff says:

> [a]fter being unable to work for almost FIVE YEARS since the accident of 22OCT2007 happened and having a claim for the Social Security Disability benefits opened for approx 4 years now, the Commissioner of the Social Security is still asking for delays because it failed to respond by the due date outlined in the Case Scheduling Order.

(Emphasis in original). Plaintiff further says, "[t]he testimony of the Vocational expert Hon. Judge MICHAEL R. McGUIRE . . . was wrong and caused the Hon Judge McGUIRE decission[sic] to be wrong also. There is no need for delays!!!"

The Court construes Plaintiff's motion as a response opposing Defendant's request for an extension of time. However, the Court granted Defendant's request on October 3, 2012, and

- 1 -

gave Defendant until October 29, 2012 to file a response. Plaintiff's motion is **DENIED AS MOOT**.

       **IT IS ORDERED**.

                                            s/Mark A. Randon
                                            MARK A. RANDON
                                            UNITED STATES MAGISTRATE JUDGE

Dated: November 14, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, November 14, 2012, by electronic and/or first class U.S. mail.*

                                            *s/Melody R. Miles*
                                            *Case Manager to Magistrate Judge Mark A. Randon*
                                              (313) 234-5542